IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL IDEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. 05-254E |
| | ) |
| | ) Chief Judge Ambrose |
| F.B.I. AGENT MARK DWITTS, et al. | ) Magistrate Judge Caiazza |
| | ) |
| Defendants. | ) |

**ORDER**

IT IS HEREBY ORDERED that the Plaintiff shall provide proper instructions, **U.S. Marshal form 285** for service upon **each** Defendant, along with a **completed notice and waiver of summons**, and copies of the complaint for **each** Defendant, to the Clerk of Court, for the Western District of Pennsylvania, on or before October 22, 2005.

September 22, 2005         s/Francis X. Caiazza
                           Francis X. Caiazza
                           U.S. Magistrate Judge

cc:
Abdul Ideen, CW 6127
SCI Greene
169 Progress Drive
Waynesburg, PA 15370