IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL IDEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. 05-254E |
| | ) |
| | ) Chief Judge Ambrose |
| F.B.I. AGENT MARK DWITTS, et al. | ) Magistrate Judge Caiazza |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

A rule was issued upon the Plaintiff to show good cause why this case should not be dismissed because of his failure to comply with this court's order dated September 22, 2005, which directed him to provide proper instructions, U.S. Marshal form 285 for service upon each Defendant, along with a completed notice and waiver of summons, and copies of the complaint for each Defendant, to the Clerk of Court, for the Western District of Pennsylvania, on or before October 22, 2005. The rule was returnable by November 17, 2005.

Having failed to show good cause and it having been more than four months since the complaint has been filed, this action is dismissed and the Clerk is directed to close the case forthwith.

_____
Donetta W. Ambrose
Chief U.S. District Court Judge

cc:
Abdul Ideen, CW 6127
SCI Greene
169 Progress Drive
Waynesburg, PA 15370